IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**JUDGMENT IN A CIVIL CASE**

**ROBERT DUPONT, JR.** )
    **Plaintiff** )
vs. )   Civil Case No. 05-5109-CV-SW-DW
)   Crim. No. 90-5009-01-CR-SW-DW
**UNITED STATES OF AMERICA** )
)
    **Defendant** )

**X**    **Decision by Court.** This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

ORDERED: that Movant's Motion to Vacate, Set Aside, or Correct Sentence is **DENIED.**

April 21, 2006                                                 Patricia Brune
Date                                                                         Clerk

                                                                                   By: /s/ Y. Johnson
                                                                                      Deputy Clerk